IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. McCULLOCK, | 1:05-CV-01044-AWI-TAG-HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| JEANNE WOODFORD, et al., | (Doc. 7, Attachments 4 & 7) |
| Respondents. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed an application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. (Doc. 7, Attachments 4 and 7). Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis (Doc. 7, Attachments 4 and 7), is HEREBY GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   September 28, 2005**              **/s/ Theresa A. Goldner**
j6eb3d                                        UNITED STATES MAGISTRATE JUDGE